**Dismiss and Opinion Filed November 12, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-24-00341-CV

### JAVONTA WASHINGTON, Appellant
### V.
### AZUL MULTIFAMILY DE LLC, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01039-C**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Miskel

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by September 19, 2024. By postcard dated September 20, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

240341f.p05

/Emily Miskel/
——————————————————
EMILY MISKEL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAVONTA WASHINGTON,
Appellant

No. 05-24-00341-CV          V.

AZUL MULTIFAMILY DE LLC,
Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-24-01039-
C.
Opinion delivered by Justice Miskel.
Justices Partida-Kipness and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 12th day of November, 2024.